Niagara, Lockport and Ontario Power Company, Respondent, v. Seneca Iron and Steel Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. George Ghosen, Defendant, and Lillian Ghosen, Appellant.— Judgment of conviction reversed and new trial granted, on the ground that the evidence does not justify a finding by the jury that the appellant caused the fire. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Barbara Wagonblatt, as Administratrix, etc., of Joseph Wagonblatt, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Arthur Colpoys, as Administrator, etc., of John J. Colpoys, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order reversed on the facts, and new trial granted, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. Joseph A. Hildebrand, Appellant.— Judgment of conviction reversed and new trial granted, on the ground that the evidence of corroboration required by section 2013 of the Penal Law, taken in connection with section 392 of the Code of Criminal Procedure, was insufficient. The said reversal is solely for errors of law and not for errors or questions of fact or as a matter of discretion; this court having reviewed all questions of fact and found no error therein. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Frank Ver Streate, Respondent, v. Allison B. Converse, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Judicial Settlement of the Accounts of Raymond A. Kempf and Frederick M. Kempf, as Administrators, etc., of William J. Kempf, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Cecilia M. Evans, Appellant, v. Nicholas J. Evans, Respondent.— Judgment affirmed, with costs of this appeal. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Luther Holmes, Appellant, v. Town of Farmersville, Respondent.— Judgment affirmed, with costs, on the ground that the plaintiff did not establish that he was free from contributory negligence. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.